IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ELIDA CASTILLO AND AMANDA FORD, § § § | |
| Plaintiffs, § § | Case No. 5:21-cv-233-XR |
| v. § § | |
| NORTHSIDE AMERICAN FEDERATION OF TEACHERS, § § § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE U.S. DISTRICT JUDGE:

IT IS HEREBY STIPULATED by and between plaintiffs Elida Castillo and Amanda Ford and defendant, Northside American Federation of Teachers, through their respective designated counsel, that all claims brought by plaintiffs against Northside American Federation of Teachers against defendant in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Pursuant to this stipulation and agreement by the parties, plaintiffs shall take nothing by their claims and all costs are to be taxed against the parties incurring same.

Respectfully submitted,

/s/ *Martha P. Owen*
DEATS DURST & OWEN, PLLC
Martha P. Owen
State Bar No. 15369800
707 W. 34th Street, Suite 3
Austin, Texas 78705
(512) 474-6200
(512) 474-7896 – Facsimile
mowen@ddollaw.com
**ATTORNEY FOR DEFENDANT**

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
MORELAND VERRETT, PC
700 West Summit Dr.
Wimberley, Texas 78676
Phone: (512) 782-0567
Fax: (512) 782-0605
Email: doug@morelandlaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record via electronic delivery/notification on January 24, 2022, as follows:

Douglas B. Welmaker
MORELAND VERRETT, P.C.
700 West Summit Drive
Wimberley, Texas  78676
Email:  doug@morelandlaw.com

/s/ *Martha P. Owen*
Martha P. Owen