IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIDA CASTILLO AND AMANDA FORD, <br> Plaintiffs, <br><br> v. <br> NORTHSIDE AMERICAN FEDERATION OF TEACHERS, <br><br> Defendant. | § § § § § § § § § § § § | Case No. 5:21-cv-233-XR |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between plaintiffs Elida Castillo and Amanda Ford and defendant, Northside American Federation of Teachers.

It is, THEREFORE, ORDERED by the Court that pursuant to the stipulation filed by plaintiffs Elida Castillo and Amanda Ford and defendant, Northside American Federation of Teachers, plaintiffs' claims against defendant Northside American Federation of Teachers are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 451(a)(1). Plaintiffs shall take nothing by their claims and costs are taxed against the parties incurring same.

It is so ORDERED.

SIGNED this 17th day of February, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE